

# NUMBER 13-11-00268-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA ELENA GUAJARDO,                                             **Appellant,**

**v.**

DONALD NEAL,                                                     **Appellee.**

## On appeal from the County Court at Law No. 5 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Maria Elena Guajardo, filed an appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-10-2342-E. Appellant has filed a motion dismiss the appeal on grounds that the trial court has signed an order granting a motion for new trial. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 9th day of June, 2011.